UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ADAM LEE HANNAN, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>TOM SMITH, )<br>)<br>*Defendant*. ) | No.: 2:14-cv-286-TWP |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the Court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the orders of the Court. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                                s/ Thomas W. Phillips
                                             United States District Judge

ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
     CLERK OF COURT